UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CLAUDIA L. ZUNIGA, individually, J.M.R., a minor, by and through his Guardian Ad Litem, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No.: 13-CV-05095-LRS ORDER OF DISMISSAL |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

Upon the stipulation for dismissal of the parties,

IT IS ORDERED that this matter is dismissed with prejudice and without costs. The Clerk of the Court shall forward copies of this order to counsel for Plaintiff(s) and Defendant(s).

DATED this 17th day of August, 2016.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1